FILED

11/12/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0375

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0375

_____

LIONEL SCOTT ELLISON,

      Petitioner and Appellant,

   v.

STATE OF MONTANA,

      Respondent and Appellee

                         O R D E R

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to Lionel Scott Ellison, to all counsel of record, and to the Honorable Matthew J. Wald, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 11 2020